IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EUNICE McKINNES and ROBERT McKINNES, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   CIVIL ACTION NO. )      2:06cv41-MHT ) |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) |
| Defendants. | ) |

### ORDER

It is ORDERED that plaintiffs' motion to remand (Doc. No. 10) and motion to stay (Doc. No. 12) are set for submission, without oral argument, on February 24, 2006, with all briefs due by said date.

DONE, this the 15th day of February, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE