IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EUNICE McKINNES and ROBERT McKINNES, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv41-MHT |
| AMERICAN INTERNATIONAL GROUP, INC., et al., ) ) ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion for discovery (Doc. No. 16) is set for submission, without oral argument, on February 24, 2006, with all briefs due by said date.

DONE, this the 21st day of February, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE