**American General Finance, Inc.**
*A Subsidiary of American General Corporation*

LICENSED OFFICE: (CREDITOR)

AMERICAN GENERAL FINANCE, INC.
2591 MONTGOMERY HWY SUITE 2
DOTHAN
ALABAMA 36303

**FEDERAL DISCLOSURE STATEMENT**

**AMERICAN GENERAL**

Account Number: 12365878

BORROWER(S) (NAMES & ADDRESS)
MCKINNES,,ROBERT K,
RT 3 BOX 128 F
CLAYTON,AL,36016

| Date of Loan | First Payment Due Date | Other Payments Due on Same Day of Each Month | Final Payment Due Date | ☒ Amount of First Payment ☐ Amount of Balloon Payment | Amount of Other Payments | ☒ Total Number of Payments ☐ Term of Loan | Late Charge |
|---|---|---|---|---|---|---|---|
| 11/23/94 | 01/05/95 | | 12/05/97 | 76.26 | 69.00 | 36 | 99.99 |

| | |
|---|---|
| 1805.00 | Amount Financed |
| 686.26 | FINANCE CHARGE |
| 21.83 % | ANNUAL PERCENTAGE RATE |
| 2491.26 | Total of Payments |

**AMOUNT FINANCED** is the amount of credit provided to you or on your behalf. (Line 1 above)
**FINANCE CHARGE** is the dollar amount the credit will cost you. (Line 2 above)
**ANNUAL PERCENTAGE RATE** is the cost of your credit as a yearly rate. (Line 3 above)
**TOTAL OF PAYMENTS** is the amount you will have paid after you have made all payments as scheduled. (Line 4 above)

LATE CHARGE: If a payment is more than 10 days late, you will be charged 5% of the late amount, not to exceed the amount shown above and not less than $.50. (Does not apply to interest bearing loans.)

PREPAYMENT: If you pay off early, you
☐ may   ☒ will not   have to pay a penalty.
☒ may   ☐ will not   be entitled to a refund of part of the finance charge.

**PAID BY RENEWAL**
JUN 14,1995
American General Finance
DOTHAN, AL

SECURITY
You are giving a security interest in:
☐ The goods or property being purchased
☐ Motor vehicle
☒ Other_____purchase money - (1) Portable Building, (2) Murry lawnmowers, (1) Sony cassette player, (1) VCR.

☐ You are giving a security interest in your real estate located at:_____

☐ The previous Mortgage or Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the mortgage on the original terms.

INSURANCE: Credit life insurance, credit disability insurance and credit involuntary unemployment insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the additional cost. You understand that we anticipate profits from the sale of credit insurance and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life coverage during the three day rescission period.

| Type | Premium | Signature | |
|---|---|---|---|
| Single Decreasing Term Credit Life | $ .00 | I want single credit life insurance. Signature: | First Named Borrower |
| Joint Decreasing Term Credit Life | $ .00 | We want joint credit life insurance. Signatures: | First Named Borrower Second Named Borrower |
| Single Decreasing Term Credit Life & Single Disability | $ 154.00 | I want single credit life and disability insurance. Signature: Robert K McKinnes | First Named Borrower |
| Joint Decreasing Term Credit Life & Single Disability on First Named Borrower | $ .00 | We want joint credit life and single disability insurance. Signatures: | First Named Borrower Second Named Borrower |
| Involuntary Unemployment Insurance | $ .00 | I want involuntary unemployment insurance. Signature: | First Named Borrower |

CREDIT INSURANCE (LIFE AND DISABILITY AND INVOLUNTARY UNEMPLOYMENT) CANCELLATION OPTION
CANCELLATION: If you desire to do so you may, without penalty or obligation, within fifteen days for life and disability or thirty days for involuntary unemployment insurance from the date of loan set forth above, cancel, all but not part of, the credit insurance coverages by returning all credit insurance certificates received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of all credit insurance premiums will be made.

EXHIBIT D(1)

DO.4981.0187

## PERSONAL PROPERTY INSURANCE DISCLOSURE

You are not required to purchase or to have property insurance to secure this loan. If you choose to have such insurance and the amount financed and value of the property exceeds $300, you may obtain property insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase property insurance with this loan.

Within 15 days of purchasing property insurance on this loan and providing you have no claims, you may obtain a full refund of the cost of the insurance by surrendering your policy or by making a written request to this office for cancellation of the policy.

If you get property insurance from or through the creditor, it will be for a term of __36__ months and you will pay $ __109.80__.

I/We want property Insurance.

_____ Signature

_____ Signature

You may obtain physical damage insurance from anyone you want or provide it through an existing policy, provided the insurance company is acceptable to the creditor and the amount financed and value of the property exceeds $300. If you get physical damage insurance from or through the creditor, it will be for a term of _____ months and you will pay $ _____.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We have received a copy of this Federal Disclosure Statement.

_____    11-23-94
First Named Borrower                        Date

_____    _____
Second Named Borrower (If Applicable)        Date

001-00002 (D-F-H-I-L-N) ALABAMA MINI-CODE AND INTEREST AND USURY (7-94)



DO.4981.0188

## LOAN AGREEMENT AND DISCLOSURE STATEMENT

**AMERICAN GENERAL FINANCE**

| DATE 07/25/02 | ACCOUNT NUMBER 36596920 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-792-2163 | |

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
2969 ROSS CLARKE STE 2
DOTHAN, AL 36301-1119

**BORROWER(S) NAME AND ADDRESS ("I","We")**

ROBERT K MCKINNES
EUNICE Y MCKINNES
175 JOHN C MARTIN RD
CLAYTON, AL 36016

**PAID BY RENEWAL**
MAY 29 2003
American General Financial Services, Inc.

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 27.29 % | $ 965.59 | $ 2010.76 | $ 2976.35 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 90.60 | 09/01/02 |
| 35 | $ 82.45 | monthly beginning 10/01/02 |

LATE CHARGE: [X] If any payment is not paid in full within 10 days after its due date, I will be charged 5.00 % of the unpaid amount of the payment, but not more than $ 99.99 or less than $ 10.00.

[ ] If any payment is not paid in full within ___ days after its due date, I will be charged $ ___ if the entire scheduled payment exceeds $ ___ or $ ___ if the entire scheduled payment is $ ___ or less.

PREPAYMENT: If I pay off early:
[ ] I may  [X] I will not  have to pay a penalty or minimum charge.
[X] I may  [ ] I will not  get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:
[ ] Real estate located at:

[ ] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| | | | |

[ ] Other Assets

| Other Assets Description |
|---|
| |

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_____
Borrower

_____
Co-Borrower

SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES

UNAA61 (1-14-02) Agreement (1-2)        Page 1

EP.4981.0089

| | ITEMIZATION OF AMOUNT FINANCED | |
|---|---|---|
| Amounts paid to Lender or others on my behalf | | |
| 1. $ 54.18 | Single Life Premium | PAID TO LIFE INSURANCE COMPANY * |
| 2. $ 163.25 | Single Disability Premium | PAID TO DISABILITY INSURANCE COMPANY * |
| 3. $ NONE | | PAID TO |
| 4. $ 93.33 | Personal Property Premium | PAID TO PERSONAL PROPERTY INSURANCE COMPANY* |
| 5. $ NONE | | PAID TO |
| 6. $ NONE | | PAID TO |
| 7. $ NONE | | PAID TO |
| 8. $ NONE | | PAID TO |
| 9. $ NONE | | PAID TO |
| 10. $ NONE | | PAID TO |
| 11. $ NONE | | PAID TO |
| 12. $ NONE | | PAID TO |
| 13. $ NONE | | PAID TO |
| 14. $ NONE | | PAID TO |
| 15. $ NONE | | PAID TO |
| 16. $ NONE | | PAID TO |
| 17. $ NONE | | PAID TO |
| 18. $ NONE | | PAID TO |
| 19. $ NONE | | PAID TO |
| 20. $ NONE | | PAID TO |

(*Lender may retain a portion of these amounts.)

| | | |
|---|---|---|
| 21. $ 1066.29 | Amount Paid on Prior Account with Lender | |
| 22. $ 633.71 | Amounts Paid to me | |
| | $ 633.71 | PAID TO ROBERT K MCKINNES & EUNICE Y MCKINNES |
| | $ | PAID TO |
| | (multiple blank lines) | PAID TO |

$ 2010.76  Amount Financed (Sum of lines 1 - 22)
$ 120.00   Prepaid Finance Charges (Itemized below)

### PREPAID FINANCE CHARGES

| 1. $ 120.00 | Interest Surcharge | PAID TO LENDER |
|---|---|---|
| 2. $ NONE | | PAID TO |
| 3. $ NONE | | PAID TO |
| 4. $ NONE | | PAID TO |
| 5. $ NONE | | PAID TO |
| 6. $ NONE | | PAID TO |
| 7. $ NONE | | PAID TO |
| 8. $ NONE | | PAID TO |
| 9. $ NONE | | PAID TO |
| 10. $ NONE | | PAID TO |
| 11. $ NONE | | PAID TO |
| 12. $ NONE | | PAID TO |
| 13. $ NONE | | PAID TO |
| 14. $ NONE | | PAID TO |

SEE NEXT PAGE FOR IMPORTANT INFORMATION

Page 2

Initials  RKM  EM

UNAA62 (1-14-02) Agreement (1-2)

EP.4981.0090

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE  07/25/02 | ACCOUNT NUMBER  36596920 | TYPE OF LOAN (Alpha)  E00 |
|---|---|---|
| **LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")** | | |
| AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.<br>2969 ROSS CLARKE STE 2<br>DOTHAN, AL 36301-1119 | | |
| **BORROWER(S) NAME AND ADDRESS ("I","We")** | | |
| ROBERT K MCKINNES<br>EUNICE Y MCKINNES<br>175 JOHN C MARTIN RD<br>CLAYTON, AL 36016 | | |

**CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST.** I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE AND CREDIT DISABILITY INSURANCE *<br>I want single credit life insurance and single credit disability insurance.<br><br>Date 07/25/02  Borrower ROBERT K MCKINNES   Date of Birth 7-07-71<br><br>Date _____ Co-Borrower  Joint Insurance not elected.   Date of Birth _____ | $  217.43 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____ Borrower  Insurance not available.<br><br>Date _____ Co-Borrower  Insurance not available. | $ NONE |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| We want credit personal property insurance with a coverage amount of $ 1700.00.<br><br>Date 07/25/02  Borrower ROBERT K MCKINNES<br>Date 07/25/02  Co-Borrower EUNICE Y MCKINNES | 36 | $ 93.33 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

UNA161 (4-14-02) Insurance Disclosures     Page 1     Initials RKM  EM

EP.4981.0099

## TRUTH IN LENDING INSURANCE DISCLOSURES (con'd)

**VOLUNTARY CREDIT INSURANCE.** Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and its affiliates expect to profit from my purchase of voluntary credit insurance, and I consent to this.

**VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE.** Lender does not require that I insure the personal property listed on the Personal Property Appraisal Form (if any); however, I may voluntarily purchase voluntary credit personal property insurance from Lender or its affiliate or from another insurance company. I should review my existing homeowner's and other physical damage insurance to determine whether voluntary credit personal property insurance duplicates or adversely affects my existing insurance coverage(s). Lender and/or its affiliates expect to profit from my purchase of voluntary credit personal property insurance, and I consent to this.

UNAI62 (4-14-02) Insurance Disclosures        Page 2        Initials _RKM_ _LM_
EP.4981.0100